# ATTACHMENT 1

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF __WISCONSIN__

(Full name of plaintiff(s))

__KAREN Y. FAUCETTE__

vs

(Full name of defendant(s))

__ACCESS COMMUNITY HEALTH CENTER__

Case Number:

__26-cv-39-wmc__

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __WISCONSIN__ and resides at
(State)

__525 STONEWOOD COURT, EVANSVILLE, WI 53536__
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant __ACCESS COMMUNITY HEALTH CENTERS__
   (Name)

is (if a person or private corporation) a citizen of __WI__
(State, if known)

and (if a person) resides at __2901 W BELTLINE HWY STE 120, MADISON, WI 53713__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __ACCESS COMMUNITY HEALTH CENTER__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

THE PLAINTIFF, KAREN FAUCETTE, CURRENTLY WORKS FOR ACCESS COMMUNITY HEALTH CENTER; A MEDICAL CLINIC LOCATED AT 2202 S. PARK STREET. SHE BEGAN WORKING AT ACCESS ON SEPTEMBER 2, 2015. PLAINTIFF IS AN INTERPRETER THAT BROUGHT ACTION AGAINST HER EMPLOYER UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, WHICH PROHIBITS RACE DISCRIMINATION IN COMPENSATION. PLAINTIFF FILED A CHARGE OF DISCRIMINATION WITH THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC). ON NOVEMBER 18, 2025, THE EEOC ISSUED PLAINTIFF A NOTICE OF RIGHT TO SUE. THE DEFENDANT USES A TIERED

Attachment One (Complaint) – 2

COMPENSATION SYSTEM. EMPLOYEES WHO ARE NOT AT THE MAXIMUM OF THEIR PAY RANGE RECEIVE ACROSS-THE-BOARD HOURLY WAGE INCREASES. EMPLOYEES AT THE MAXIMUM DO NOT RECEIVE HOURLY INCREASES AND INSTEAD RECEIVE LUMP SUM PAYMENTS. IN 2021 HR DIRECTOR SENT PLAINTIFF AN EMAIL SAYING THE MAXIMUM OF THE PAY RANGE HAD BEEN REACHED AND THAT A RAISE WOULD PLACE PLAINTIFF ABOVE MARKET RATE. DESPITE BEING TOLD SHE WAS AT THE TOP OF THE PAY RANGE, PLAINTIFF DID NOT RECEIVE A LUMPSUM PAYMENT, EVEN THOUGH OTHER INTERPRETERS DID. IN 2025, DEFENDANT AGAIN TOLD PLAINTIFF SHE REACHED THE MAXIMUM PAY RANGE. PLAINTIFF THEN RECEIVED A LUMP SUM PAYMENT FOR THE FIRST TIME, SHOWING PLAINTIFF HAD NOT ACTUALLY BEEN AT THE MAXIMUM IN 2021, AS PREVIOUSLY STATED. IN 2023 DEFENDANT APPLIED WAGE INCREASES TO INTERPRETERS. PLAINTIFF RECEIVED 13% INCREASE. THREE SIMILARLY SITUATED COLLEAGUES RECEIVED 19%, 19% and 14% INCREASES THAT WERE NOT APPLIED UNIFORMLY. PLAINTIFF'S FORMER MANAGER, A WHISTLEBLOWER, APOLOGIZED TO PLAINTIFF AND TOLD PLAINTIFF SHE HAD BEEN TREATED UNFAIRLY REGARDING WAGES AND THAT THE UNEQUAL TREATMENT OCCURED BECAUSE OF PLAINTIFF'S RACE. PLAINTIFF REQUESTED EEOC COMPARE PLAINTIFF'S PAY HISTORY WITH SIMILARLY SITUATED INTERPRETERS HIRED BEFORE, AROUND THE SAME TIME, AND AFTER PLAINTIFF, INCLUDING WAGE INCREASES AND LUM SUM PAYMENTS FROM 2021-2023, WITH 2025 AS ADDITIONAL CONTEXT. AS THE ONLY BLACK INTERPRETER, THE REPEATED PAY DISCREPANCIES RAISE CONCERN OF UNEQUAL RACE-BASED TREATMENT.

Attachment One (Complaint) – 3

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I RESPECTFULLY REQUEST THAT THE COURT:

1) DETERMINE THAT THE DEFENDANT ENGAGED IN UNLAWFUL RACE-BASED COMPENSATION DISCRIMINATION

2) AWARD BACK PAY, LOST WAGES, AND COMPENSATION FOR DENIED LUMP SUM PAYMENTS

3) AWARD ANY OTHER RELIEF DEEMED JUST AND PROPER UNDER THE LAW.

E.  **JURY DEMAND**

☐ Jury Demand - I want a jury to hear my case
   OR
☑ Court Trial – I want a judge to hear my case

Dated this __16__ day of __JANUARY__ 20_26_.

Respectfully Submitted,

_Karen J Faucette_
Signature of Plaintiff

_414-207-0848_
Plaintiff's Telephone Number

_Kycooks5@gmail.com_
Plaintiff's Email Address

_525 STONEWOOD COURT_

_EVANSVILLE, WI 53536_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.