IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KAREN Y. FAUCETTE,

    Plaintiff,

v.

ACCESS COMMUNITY HEALTH CENTER,

    Defendant.

ORDER

Case No. 26-cv-39-wmc

Plaintiff Karen Y. Faucette has filed a proposed civil complaint. Plaintiff seeks to commence this lawsuit without prepaying the filing fee pursuant to 28 U.S.C. § 1915 and has filed an affidavit of indigency in support of the request.

The court has considered plaintiff's income, assets, obligations, and dependents set forth in the affidavit of indigency, and finds that plaintiff's financial situation does not warrant a determination of indigency. Accordingly, plaintiff must prepay the $405 fee[1] for commencing this action.

ORDER

IT IS ORDERED that plaintiff Karen Y. Faucette's petition for leave to proceed without prepayment of the filing fee is DENIED. Plaintiff must pay the $405 fee no later than February 18, 2026. If plaintiff fails to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 21st day of January, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2023, the total fee for filing a civil action is $405 (the $350 statutory fee plus the $55 miscellaneous administrative fee).